UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-35204 |
|---|---|
| BETTY MONEY | (Chapter 13) |
| Debtor | JUDGE THOMAS F. WALDRON |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066267**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | BETTY MONEY<br>1330 BLACK FOREST<br>WEST CARROLLTON, OH  45449 | 3.91 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service                    04-35204

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BETTY MONEY                    LEE HOHL                         (10.1n)
1330 BLACK FOREST              1839 EAST STROOP RD              BANK ONE
WEST CARROLLTON, OH  45449     KETTERING, OH  45429             ATTN BANKRUPTCY DEPARTMENT
                                                                BOX 626
                                                                BUTLER, WI  53007


(16.1n)                        (15.1n)
GARRETSON FIRM                 LAWRENCE SCOTT LOFGREN
RESOLUTIONS GROUP              600 1st Ave
7775 COOPER RD.                Suite 330
CINCINNATI, OH  45242          Seattle, WA  98104


         Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv